KEADY
WC6720 -C S

D.

CIVIL DOCKET

| TITLE OF CASE | | ATTORNEYS |
|---|---|---|
| UNITED STATES OF AMERICA, by RAMSEY CLARK, Attorney General<br>v.<br>MONTGOMERY COUNTY SCHOOL DISTRICT: CYLDE A. GIBSON, Superintendent of Education of Montgomery County School District; ELMO BRANCH, SIDNEY BRANCH, W. E. GREENLEE, DR. L. C. HENSON, CLAUD WOODS, JR., Trustees, Montgomery County School District | Hon. Lewis Myers<br>108 1/2 So.<br>Lamar, Oxford | *For Plaintiff:* H. M., U. S. Atty. Oxford, Miss. John Doar, Assist. Atty. Gen., Ramsey Clark, Atty. Geng, James P. Turner, Atty, Justi Dept.<br>*For Defendant:* Rupert Ringold & John Sumner, Winona, Miss. 38967<br>283-4276 |

BASIS OF ACTION: Violation of Civil Rights Act of 1964.

J.S.6

---

FOR: PLAINTIFF Alvin O. Chambliss, Jr.
NMRLS
JURY TRIAL CLAIMED P.O. Box 928
ON Oxford, MS 38655
234-2918

| DATE | PLAINTIFF'S ACCOUNT | RECEIVED | DISBURSED | DATE | DEFENDANT'S ACCOUNT | RECEIVED | DISBURSED |
|---|---|---|---|---|---|---|---|
| | ATTORNEY'S OF RECORD AS OF **AUGUST, 2001:** | | | | | | |
| | ANDY LIU, ESQ. | | | | | | |
| | U. S. DEPT. OF JUSTICE<br>CIVIL RIGHTS DIVISION<br>EDUCATIONAL OPPORTUNITIES SECTION<br>PATRICK HENRY BUILDING<br>WASHINGTON DC 20530 | | | | NORTH MS RURAL LEGAL SERVICES<br>P. O. BOX 277<br>WEST POINT MS 39773 | | |
| | JIM M. GREENLEE, ESQ.<br>OFFICE OF U. S. ATTORNEY<br>900 JEFFERSON AVENUE<br>OXFORD, MS 38655 | | | | | | |

ABSTRACT OF COSTS

| TO WHOM DUE | AMOUNT | RECEIPTS, REMARKS, ETC. |
|---|---|---|
| | | |

| DATE | FILINGS—PROCEEDINGS | AMOUNT REPORTED IN EMOLUMENT RETURNS | |
|---|---|---|---|
| 6-7-67 | Filed Complaint. | | |
| 6-7-67 | Issued summons and handed same to U. S. Marshal with copies of complaint for service. | | |
| 6-7-67 | Handed copy of Complaint to Judge Clayton's Secretary. | | |
| 6-9-67 | Filed Summons with return - each executed as follows: | | |
| | On 6-8-67 at Duck Hill Miss. on Elmo Branch. | | |
| | 6-8-67 at Winona RFD, Miss.on Sidney Branch. | | |
| | 6-8-67 at Anel Plant, Winona, Miss. on W. E. Greenlee. | | |
| | 6-8-67 at Kilmichael, Miss. on Dr. L. C. Henson. | | |
| | 6-8-67 at Sweatman RFD on Claud Woods. | | |
| | 6-8-67 at Winona, Miss. on Montgomery County School District by leaving a copy | | |
| | with Clyde A Gibson, Supt. of Education, Montgomery Co. | | |
| | 6-8-67 at Winona, Miss. on Clyde A. Gibson. | | |
| 6-24-67 | Filed Answer of defendants. Mailed copy of same to Frank Thackston, Law Clerk to | | |
| | Judge Clayton, Tupelo, Miss. 38801 | | |
| 7-31-67 | Notice and Motion For Preliminary Injunction filed. | | |
| 8-22-67 | Notice of hearing set on Motion For Preliminary Injunction | | |
| | mailed to all counsel of record. Hearing set 8-28-67 - 10:00 A.M. | | |
| 8-25-67 | Filed Subpoenas executed on 8-24-67 on the following: | | |
| | Clyde A. Gibson at Winona,Miss.; Maxie Pullen at Winona, Miss; | | |
| | Sidney Branch, Winona, Miss.; Dr. L. C. Henson at Kilmichael, Miss. | | |
| | Mrs. Mitchell Hopkins, Kilmichael, Miss; Claude Woods, Jr., Sweatmen, Miss. | | |
| | Mrs. Elnora Winters Henson at Kilmichael. | | |
| 8-28-67 | Entered Order permanently enjoining defendants, their agents, officers, employees, & | | |
| | successors from discriminating on the basis of race or color in the operation of | | |
| | the Montgomery County School system.(Explanatory Letter and Choice Form attached.) | | |
| | COB 16, pg. ~~842~~ 870, et seq. | | |
| 8-29-67 | Mailed certified copies of the above order by certified mail to the following | | |
| | attorneys: Rupert Ringold (R-533931); John Sumner (R-533932); James P. Turner(R-533933); | | |
| | H. M. Ray (R-533934); J. Harold Flannery (R-533935); John Doar (R-533936); & | | |
| | Attorney General Ramsey Clark (R-533937). | | |
| 8-29-67 | Filed Subpoena issued to Elmo Branch with "Not Found" on Marshal's return. | | |
| 10-5-67 | Filed Defendants' reports required by the order issued on August 28, 1967. | | |
| | Mailed copy of same to Frank Thackston, Jr., Law Clerk to Judge Clayton, Tupelo, Miss. | | |
| ✓12-22-67 | Filed Transcript of Proceedings han on 8xx 8-28-67 at 10:a.m. in Oxford. | | |
| ✓12-22-67 | Filed Court Reporter's Stenotype Notes had on 8-28-67.(BARNES) | | |
| 6-18-68 | Filed Report of Montgomery County School System. | | |
| 7-3-68 | Filed Notice of Motion and Motion For Supplemental Relief with proposed order | | |
| | attached. Handed copy of same to Judge Keady's Law Clerk. | | |

CIVIL DOCKET

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 7-5-68 | Entered Order to show cause, signed by Judge Keady, in COB ~~16~~ 17, page 912. Mailed cert. copies of Order by cert.mail to deft's counsel of record: Rupert Ringold, R# 634970 and John M. Sumner, R# 634971. | | | |
| 7-8-68 | Mailed jacket file to Clarksdale for hearing on 7-12-68. | | | |
| 7-10-68 | Filed copy of letter from Judge Keady's Law Clerk to counsel of record advising them of pre-trial conference at 9:00 A.M. on 7-12-68 at Clarksdale, Miss. | | | |
| 7-23-68 | Filed Report to the Court. | | | |
| 9-4-68 | Mailed Notice of Hearing set for 10-22-68 at 9:00 A.M. in Greenville, before Judge Keady, to all counsel of record. | | | |
| 8-29-68 | Mailed notice of assignment of Judge Keady to case to all counsel of record. | | | |
| 10-7-68 | Filed Notice of Motion for Continuance. Handed copy of same to Kilpatrick, L.Clerk,J.Kea | | | |
| 10-9-68 | Entered Order signed by J. Keady the 9th. COB 17 page 47. Notice of entry to all counsel of record. | | | |
| 10-15-68 | Jacket filed handed to Martin Kilpatrick - He will take same to Greenville for hearing on 10-22-68. | | | |
| 10-30-68 | Filed Motion For Additional Time In Which To File Transcript-- mailed copy to Martin Kilpatrick, Law Clerk to Judge Keady, Greenville. | | | |
| 11-7-68 | Filed Report To Court. | | | |
| 11-7-68 | Mailed copy of report to Martin Kilpatrick, Greenville. | | | |
| 1-27-69 | Entered Order signed by Judge Keady of Jan. 24, 1969. 1) Defendants to submit a workable plan by March 15, 1969, 2) Hearing to be held on March 25, 1969, at Greenvile at 2:00 P. M., 3) the execution of freedom of choice and choice period requirements as required by decree entered 8-28-67 suspended until further order of the court approving a new plan of desegregation. COB 18, pg. 25 & 26. | | | |
| 1-27-69 | Entered Findings of Fact. COB 18, pg. 27-34. Copies of thewe two instruments mailed to all counsel of record. from Judge Keady's office. | | | |
| 3-13-69 | Filed Proposed Plan of Desegregation. Copy to Martin Kilpatrick. | | | |
| 3-17-69 | File mailed to M. Shanks in Greenville for hearing on Criminal Motions Day, March 25, 1969 | | | |
| 3-20-69 | Mailed notice re-setting case for hearing to March 28, 1969 at 2 PM in G'ville. | | | |
| 3-24-69 | Filed Plaintiff's Objections to Defendants' Proposed Plan of Desegregation. Copy to Martin Kilpatrick. Original to Jan in G'ville for jacket file. | | | |
| 4-1-69 | Entered Order, signed by Judge Keady on 3-28-69, in COB 18, pages 150-151. Mailed Notice of entry to counsel of record. | | | |
| 4-1-69 | Jacket file received from M. Shanks, Greenvile. | | | |
| 3-28-69 | Placed Exhibit 1 in jacket file. | | | |
| 4-30-69 | Filed Proposed Desegregation Plan. Copy to Martin Kilpatrick. | | | |
| 5-9-69 | Filed Plaintiff's Objection to Defendants' Proposed Desegregation Plan. | | | |

D. C. 110

S
WC67-20-K

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 5-9-69 | Filed (at Greenville) Motion to Intervene as a Plaintiff submitted by William Liston for | | | |
| | Applicants: Lloyd G. Brister, Cornell Daughtry and Chriss George. | | | |
| 5-14-69 | Entered Order denying motion to intervene. COB 18, Page 196 | | | |
| | Entered Order giving preliminary approvel to plan of desegregation. | | | |
| | COB 18, Pages 193 to 195 | | | |
| | Notice of entry of both orders mailed to all counsel of record. | | | |
| 5-14-69 | Exhibit #1 entered at hearing held 5-12-69 placed in file. | | | |
| 5-14-69 | From Courtroom Sheet, Hearing on Plan set for Tuesday, July 1, | | | |
| | 1969 at Greenville, Miss. | | | |
| 5-19-69 | Received and entered XXXXX Supplemental Order signed by Judge Keady May 17, 1969. | | | |
| | Notice of entry to all counsel. COB 18, page 200 | | | |
| 6-4-69 | Entered Order To Show Cause, signed by Judge Keady on 6-3-69, in COB 18, pages 221-222. | | | |
| | Mailed Notice of entry to counsel of record. | | | |
| | As directed by above Order - mailed 6 copies of this order and of the Order dated May | | | |
| | 12, 1969 to the State Educational Finance Commission. | | | |
| 6-17-69 | Filed Defendants' Amended Desegregation Plan. | | | |
| 6-18-69 | Entered Order, signed by Judge Keady on 6-17-69, in COB 18, page 244. | | | |
| | Mailed Notice of entry to counsel of record. Mailed copy of Amended Desegregation Plan | | | |
| | to Honorable John E. Stone, Assistant Atty. Gen. St. of Miss. as directed by Order. | | | |
| 6-20-69 | MAILED FILE TO GREENVILLE for hearing July 1, 1969. | | | |
| 6-24-69 | Filed Answer of Mississippi Educational Finance Commission. | | | |
| 7/1/69 | Filed Desegregation Plan by Defendants. | | | |
| 6/30/69 | Filed this date Plaintiff's Objections to Defendants' Amended Desegregation Plan. | | | |
| 7/3/69 | Entered Order signed by Chief Judge William C. Keady on 7/2/69 ordering defts et al | | | |
| | to take affirmative action to disestablish all school segregation, etc. Copies to | | | |
| | counsel of record mailed certified mail, ret. receipt requested, as follows: | | | |
| | Hon. Rupert Ringold, Hon. John Sumner, Hon. Will S. Wells, Hon. H. M. Ray, Hon. | | | |
| | Robert Murphy. Notice of entry of Order to all counsel. COB 18, P. 274-280. | | | |
| 7/3/69 | Filed Opinion of the Court signed by Chief Judge William C. Keady 7/2/69 re student | | | |
| | desegregation. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX. | | | |
| 12-17-69 | Filed Motion to Intervene . Copy mailed to Law Clerk. | | | |
| 12-19-69 | Filed Motion to Produce School Plan. Mailed copy to Law Clerk. | | | |
| 12-29-69 | Mailed Notice of Hearing (1-15-69 at 10:00 A.M. in Greenville) to counsel of record. | | | |
| 1-23-70 | Filed Notice of Appeal. Filed Bond for Costs on Appeal with $250.00 Cash bond attached. | | | |
| | R#13860 to N. Miss. Legal Services. Mailed copies to Ct. of Appeals, attorneys, | | | |
| 1 | court reporter and law clerk. | | | |
| 2-3-70 | MAILED FILE (ORIGINAL) TO COURT OF APPEALS, as requested by Court of Appeals. | | | |
| 2-10-70 | Filed transcript of proceedings had before J.Keady 1-14-70 at Greenville. Mailed | | | |
| | to Ct. of Appeals to be placed in file. | | | |

CLOSED

WC67-20-KS

WC67-20-S

D. C. 110 Rev. Civil Docket Continuation USA VS MONTGOMERY CO BD OF EDUC., et al

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 1-18-72 | Filed Report to the Court - copy to Law Clerk. | |
| 5-2-72 | Filed Report tothe Court (Montgomery County Board Of Education) | |
| 7-14-72 | Filed Application for Order to Show Cause with attachment A. | |
| | Filed Notice of Application to Show Cause | |
| | Filed Notice of Appearance of Counsel - copies of above to Law Clerk. | |
| | (Hon. Lewis Myers, for Pltf.) | |
| 7-18-72 | Entered Order signed by Judge Keady on 7-17-72; that Montgomery Co. Board of Educ., be directed to appear before court at 10 A.M., Aug. 1, 1972, at Greenville, Miss., to show cause on Notice previously filed. COB 21, p. 334. Notice of Entry to all concerned. | |
| 7-20-72 | Filed Motion to Return Appeal Bond - copy to Law Clerk with proposed order. | |
| 7-25-72 | Entered Order signed by Judge Keady on 7-24-72 that appeal bond in the amount of $250.00 be returned to Pltf., COB 21, p. 354. Certified Copy handed to Chief Deputy Clerk. | |
| 7-26-72 | Mailed check no. 2026 in the amount of $250.00 to No. Miss. Rural Legal Services. | |
| 8-4-72 | Placed exhibits in jacket file. | |
| | Filed Civil Minutes signed by M. Guyton, Courtroom Deputy on 8-1-72. | |
| | Hearing on pltfs. motion for civil contempt order - denied. Deft. ordered to hold hearing on 8-5-72 and transcript to be furnished the court. | |
| | Entered Order signed by Judge Keady on 8-1-72 in COB 21, pgs. 368-370. | |
| | Notice of Entry to all concerned. Certified copies mailed to all concerned by Judge's Office. | |
| 8-14-72 | Received and placed in jacket file letter from Law Clerk to John M. Sumner stating that findings of the Montgomery Co. Board of Education had been received and that a transcribe was not necessary unless the is an appeal. | |
| 8-31-72 | Received and entered order signed 8-29-72 reinstating the elementary school principal in Kilmichael, Miss. cob 21, pg. 406-407 | |
| | Mailed notices of order to attorneys of record (copy order mailed to U.S. Atty.) | |
| | Received transcripts Vol. I and II of the hearing of Isaiah Purnell with exhibits | |
| | VOLUME 2 | |
| 03/28/89 | NOTICE ASSIGNING ABOVE CASE TO JUDGE SENTER. | |
| | MOTION (D) TO MODIFY with attachment. (copy to Judge Senter). | |
| 03/30/89 | ENVELOPE mailed to Counsel John McCreery returned marked "undeliverable as addressed" containing above notice of assignment of case. | |
| 04/03/89 | ENVELOPE mailed to Counsel Kent Spriggs returned marked "Return to Sender Attempted-Not Known" containing above notice of assignment of case. | |
| 04/11/89 | ENVELOPE mailed to Counsel Maxey returned marked "Moved, Left No Address, Fowarding Expired" containing above notice of assignment of case. | |
| 04/18/89 | AMENDED AFFIDAVIT in Support of Motion to Modify. | |
| 05/15/89 | MOTION (P) and Supporting Memorandum for Extension of Time to Respond to Motion to Modify Order. (copy to Judge Senter by Counsel). | |
| 05/24/89 | AGREED ORDER (05/22/89-LTS) ALLOWING pltf (USA) till 6/2/89 to respond to the defts' motion to modify this Court's Order (by closing the Duck Hill HIgh School and transferring grades nine through twelve to Kilmichael High School). | |

(OVER)

CLOSED

WC67-20-S USA vs Montgomery Co Bd of Education, et al

| DATE | | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|---|
| 05/25/89 | ENVELOPE | RETURNED MARKED "UNDELIVERABLE" on Atty John McCreery Containing Agreed Order from Judge Senter dated 5/22/89. | |
| 06/01/89 | APPEARANCE (P) | of Counsel. (Counsel Chambliss). (copy to Judge Senter). | |
| 06/06/89 | RESPONSE (p/US) | of the US to Motion to Modify. | |
| 06/12/89 | ORDER | (06/09/89-LTS) MODIFYING June 8, 1970, Order to Authorize Closing of Duck Hill School. COB#46, pgs. 228-229. Notice mailed. | |
| 06/?19/89 | ENVELOPE | RETURNED MARKED "Insufficient Address" on Kent Spriggs containing Notice of Court per Order dated 6/9/89. | |
| | MOTION | to Vacate Order (on behalf of Walter Doris & the Black Pltfs Class). (copy to Judge Senter). | |
| 06/23/89 | RESPONSE (D) | d/Montgomery Co Bd of Educ to Motion to Vacate Order. | |
| 06/26/89 | MOTION (PP) | for Further Extension of Time to Suppl Pleading. | |
| 06/27/89 | ORDER | (06/27/89-LTS) DIRECTING Pvt Pltfs to State with Particularity the Grounds for Their Motion to Vacate. | |
| 07/05/89 | NOTICE | Of Deposition and REquest For Production Of Documents (Dr. Olon Ray, Henry Kirksey, Dr. Richard Boyd, Dr. Bennie Thompson, Phyllis McClure and Rims Barber on July 18, 1989) | |
| | MOTION | For Leave To Take Depositions | |
| 07/17/89 | ORDER | (LTS) 07/13/89 DENYING Pltfs' Motion for Leave to Take Depositions | |
| 07/21/89 | MOTION (P) | for Leave to File Pleading on 26th of July, 1989. | |
| 07/27/89 | MOTION (P) | for Leave to File Pleadings. | |
| | RESPONSE (P) | of the PVT Pltfs to the Court's Order of June 26, 1989. | |
| | MOTION (P) | of Behalf of PVT Pltfs for Consolidation of Montgomery Co Public Schools. | |
| 08/02/89 | MOTION (PP) | to Supplement the Record. | |
| 08/11/89 | RESPONSE (D) | of Deft to Motion for Leave to File Pleadings on 26th of July, 1989, Motion for Leave to File Pleadings, and Motion to Supplement the Record. | |
| | RESPONSE (D) | of Deft to Motion on Behalf of Private Pltfs for Consolidation of All Montgomery County Public Schools. | |
| 09/01/89 | MOTION (D) | to Withdraw as Counsel. (Alix Sanders). | |
| 09/05/89 | ORDER | (09/05/89-LTS) PERMITTING Atty Alix Sanders to withdraw as Counsel. | |
| 08/15/01 | PETITION (D) | To Modify Order of 6/8/70 | |
| | Affidavit | In Support of Motion to Modify Order of 6/8/70. | |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA | MONTGOMERY COUNTY BOARD OF EDUCATION | DOCKET NO. WC67-20<br>PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 08/22/01 | | RESPONSE (G) | To Defendant's Petition to Modify Order of 6/8/70. (Copy forwarded to Judge by Counsel). |
| 09/20/01 | | MOTION (D) | For Expedited Hearing. Copy given to Judge by Counsel. |
| 09/27/01 | | ORDER | (LTS, 9/26/01) OF MODIFICATION that this Court's order of of 6/8/70, is hereby MODIFIED so as to allow the Petitioner to permanetly move grades seven (7) and eight (8) from Duck Hill Elementary School to Kilmichael Elementary School, as well as the transportation of said students thereto; and the remaining portion of the Court's prior order of 6/8/70, which do not conflict with this modification shall remain in full force and effect. |
| 01/23/02 | | REPORT | To The Court by Montgomery County |
| 05/26/04 | | REPORT | To the Court of the Montgomery County School District. |
| 06/30/04 | | PETITION (D) | To Modify Order of June 8, 1970. |
| 07/12/04 | | RESPONSE (G) | To Petition to Modify Order of June 8, 1970. |
| 08/6/04 | | ORDER OF MODIFICATION | (NBB, 8/4/04) that the Court's previous Order of June 8,1970, is hereby MODIFIED so as to allow Petitioner to permanently move grades kindergarten through six from Duck Hill Elementary School to Kilmichael Elementary School, as well as the transportation of said students thereto; and the remaining portion of the Court's prior Order of June 8, 1970 which do not conflict with this modification shall remain in full force and effect. |