# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | No. 3:67-CV-00020-MPM |
| **MONTGOMERY COUNTY BOARD OF EDUCATION, et al.** | **DEFENDANTS** |

**CONSOLIDATED WITH**

| | |
|---|---|
| **WALTER DORIS, et al.** | **PLAINTIFFS** |
| v. | No. 3:70-CV-00001-MPM |
| **MONTGOMERY COUNTY BOARD OF EDUCATION, et al.** | **DEFENDANTS** |

## ORDER ON MOTION FOR
## DECLARATION OF UNITARY STATUS AND DISMISSAL

This matter comes before the Court on Motion for Declaration of Unitary Status of the Winona-Montgomery Consolidated School District [66]. The United States does not oppose the Motion. After reviewing the Motion and the supporting memorandum [66], [67], and finding no opposition on the docket, the Court finds the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that:

1. The Motion for Declaration of Unitary Status of the Winona-Montgomery Consolidated School District [66] is GRANTED;

2. Defendant Winona-Montgomery Consolidated School District is declared fully unitary;

3. The injunction previously entered against the Winona-Montgomery Consolidated School District is DISSOLVED; and

4. This case is DISMISSED WITH PREJUDICE as to the Winona-Montgomery Consolidated School District.

2

SO ORDERED this 4th day of February, 2026.

                                                    /s/Michael P. Mills
                                            UNITED STATES DISTRICT JUDGE
                                            NORTHERN DISTRICT OF MISSISSIPPI